IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JORDY DEVONTE JOHNSON, #190968                                    PETITIONER

VERSUS                                         CIVIL ACTION NO. 3:15-cv-775-HTW-LRA

STATE OF MISSISSIPPI                                               RESPONDENT

ORDER DENYING PETITIONER'S MOTION [32] TO LIMIT THE EVIDENCE

This cause comes before this Court on Petitioner's Motion [32] to Limit the Evidence of the Judge Final Judgment. On February 19, 2016, the Court dismissed this civil action because Petitioner failed to comply with the court's previous orders directing him to submit his § 2254 petition properly, *see* Opin. [12]; F. Jmt. [13], and it remains closed. As stated in this Court's previous Order [28] entered January 8, 2018, Plaintiff has been given continuous instruction and opportunity to properly file the standard forms necessary for this petition under Rule 2(d) of the Rules governing § 2254 petitions. Order [28] at 1. Having reviewed the instant Motion [32], the Court finds that Petitioner has once again failed to correctly file his habeas petition on the standard forms and Petitioner does not file any cognizable claims in this Motion [32], it therefore will be denied.

If Petitioner wishes to file a petition for habeas relief for the Court to consider, he may do so by filing a petition for habeas relief on the attached forms and submit it to the Clerk of this Court for assignment of a new civil action number. Accordingly, it is

ORDERED that Petitioner's Motion [32] to Limit the Evidence is **denied**.

IT IS FURTHER ORDERED that the Clerk mail to Petitioner a form used to file a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254 as well as a Motion to Proceed *In*

*Forma Pauperis* along with a copy of this order. Petitioner is reminded that he should **not** use the minor victim's full name and date of birth when answering the questions on the attached form. Petitioner should refer to the minor victim by the initials of the minor's name.

SO ORDERED, this the 31st of January, 2019.

<pre>                                        /s/HENRY T. WINGATE        
                                        UNITED STATES DISTRICT JUDGE</pre>