IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JORDY DEVONTE JOHNSON, #190968                                  PETITIONER

VERSUS                                        CIVIL ACTION NO. 3:15-cv-775-HTW-LRA

STATE OF MISSISSIPPI                                                RESPONDENT

ORDER

This matter is before the Court on Petitioner's Motions docketed as "Military Performance Motion against the Judge Dismissing a Motion" [33], "Motion to Limit the Evidence of the Judge['s] Final Judg[]ment" [36], "Writ of Habeas Corpus Motion to Limit the Evidence of the Judge['s] Final Judg[]ment" [37], "Performance Contract Military Pro'Se Motion" [38], and "Motion to Quash Defective Indictment" [39]. Having reviewed the Motions [33, 36, 37, 38, 39] as well as the record, this Court finds that the Motions [33, 36, 37, 38, 39] will be denied for the following reason.

The Court dismissed Petitioner's action on February 19, 2016, for failing to comply with the Court's previous orders instructing him to submit his § 2254 petition properly. Petitioner has continually failed to comply with these orders and instructions. Therefore, the instant civil action remains closed. As such, this Court is without jurisdictional bases to consider the merits of Petitioner's Motions [33, 36, 37, 38, 39]. *See Clay v. Johnson*, Appeal No. 10-60031 (5th Cir. Oct. 6, 2010) (citing *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994) (holding that a motion filed in a closed case is to be considered "a meaningless, unauthorized motion")). Therefore, there are no jurisdictional bases for Petitioner filing the instant Motions [33, 36, 37, 38, 39] and as such, they are denied. *See Id.* Accordingly, it is

ORDERED AND ADJUDGED that the Motions [33, 36, 37, 38, 39] are **denied**.

SO ORDERED AND ADJUDGED this the 31st day of January, 2019.

                                                            /s/HENRY T. WINGATE
                                                            UNITED STATES DISTRICT JUDGE